No. 256. ATLANTIC COAST LINE RAILROAD COMPANY *v.* GEORGE L. WIMBERLEY, JR., ADMINISTRATOR. Certiorari to the Supreme Court of the State of North Carolina. Argued March 18, 1927. Decided March 21, 1927. *Per Curiam.* Reversed on the authority of *St. Louis-San Francisco Railway Co. v. Mills,* 271 U. S. 344, and *Chicago, Milwaukee, and St. Paul Railway Co. v. Coogan,* 271 U. S. 472. *Mr. Thomas W. Davis* for petitioner. *Mr. Joseph B. Ramsey* for respondent, submitted.

No. —, original. EX PARTE MAISON DORIN SOCIETE ANONYME. April 11, 1927. The motion for leave to file a petition for a writ of mandamus in this cause is denied. *Messrs. Howard Thayer Kingsbury, Hugo Mock,* and *Asher Blum* for petitioner.